LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
ERIC R. DeWALT (State Bar No. 138560)
100 Spear Street, Suite 600
San Francisco, CA 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendant
SAN FRANCISCO HOUSING AUTHORITY


LAURENCE W. PARADIS (State Bar No. 122336)
MARY-LEE E. KIMBER (State Bar No. 239086)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Telephone: (510) 665-8644
Facsimile: (510) 665-8511

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY WILLIAMS, et al.,<br><br>  Plaintiffs,<br><br>vs.<br><br>HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>  Defendants. | Case No. C 90 2150 MJJ (JL)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR FILING MOTION ON FEES AND COSTS** |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

## STIPULATION

The parties are currently meeting and conferring to resolve the outstanding issue of attorneys' fees and costs. However, such negotiations will take longer than expected because the San Francisco Housing Authority will need approval by the Department of Housing and Urban Development for paying of plaintiffs' fees and costs. The parties, however, wish to avoid if possible the time and expense involved in a fees and costs motion. Accordingly, the parties hereby stipulate to and request that the Court extend the deadline for the filing of a fees and costs motion to August 28, 2006.

Respectfully submitted,

DATED: July 11, 2006　　　　　　　　　　LAFAYETTE & KUMAGAI LLP

/s/Eric Dewalt
ERIC DEWALT
Attorneys for Defendant
SAN FRANCISCO HOUSING AUTHORITY

DATED: July 11, 2006　　　　　　　　　　DISABILITY RIGHTS ADVOCATES

/s/Laurence Paradis
LAURENCE PARADIS
Attorneys for Plaintiffs

## ~~PROPOSED~~ ORDER

Based on the stipulation of the parties set forth above, and good cause appearing, it is hereby ordered that the deadline for plaintiffs to file a motion on fees and costs is extended to August 28, 2006.

**IT IS SO ORDERED.**

DATED: 8/1/2006

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

\\Server\cases\Williams.SFHA\Pleadings\StipExtendTimeFeesCosts.doc

---

STIPULATION TO EXTEND DEADLINE FOR FILING MOTION ON FEES AND COSTS
Case No. C 90 2150 MJJ (JL)　　　　　　　　　　　　　　　　　　　　　　　　　　1

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644