1  LAURENCE W. PARADIS (State Bar No. 122336)
   MARY-LEE E. KIMBER (State Bar No. 239086
2  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
3  Berkeley, California  94704-1204
   Telephone:      (510) 665-8644
4  Facsimile:       (510) 665-8511
   TTY:              (510) 665-8716
5  Email:            general@dralegal.org

6  Attorneys for Plaintiffs

7  GARY T. LAFAYETTE (State Bar No. 088666)
   SUSAN T. KUMAGAI (State Bar No. 127667)
8  ERIC R. DeWALT (State Bar No. 138560)
   LAFAYETTE & KUMAGAI LLP
9  100 Spear Street, Suite 600
   San Francisco, CA 94105
10 Telephone:      (415) 357-4600
   Facsimile:       (415) 357-4605
11
   Attorneys for Defendants
12

13

14               UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16

17

18 BEVERLY WILLIAMS, et al.,                 CLASS ACTION

19               Plaintiffs,                  Case No. C 90 2150 MJJ (JL)

20 v.

21 HOUSING AUTHORITY OF THE CITY             **STIPULATION RE SETTLEMENT OF**
   AND COUNTY OF SAN FRANCISCO, et           **COMPLIANCE DISPUTES, ███████**
22 al.,                                       **ORDER**

23               Defendants.

24 ─────────────────────────────

25

26

27

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

1    Whereas various disputes have arisen between plaintiffs and defendants concerning

2  defendants' compliance with the settlement agreement originally approved by the Court in this

3  action on February 21, 1992;

4    Whereas plaintiffs and defendants have engaged in lengthy negotiations to resolve these

5  disputes;

6    Whereas plaintiffs and defendants have reached an agreement on these compliance

7  disputes;

8    Now, therefore, the parties stipulate and agree as follows:

9    1.    The San Francisco Housing Authority (SFHA) has or will implement the

10  following policies:

11    • The annual recertification packet distributed to each resident will, on an annual basis,

12    include a copy of the SFHA's Accommodation Request form with written instructions

13    and procedures for requesting accommodations;

14    • Each residential site office will keep copies of the Accommodations Request form on

15    hand;

16    • Routine or non-complex modifications will be referred to the SFHA's Maintenance

17    Department;

18    • All requested accommodations involving complex and/or structural modification will

19    be referred to the SFHA's Modernization Department for action.  The Modernization

20    Department will provide a projected timeline to the resident for implementation of the

21    requested work;

22    • For routine or non-complex additions or modifications, the SFHA will include in the

23    monthly rent statement the Maintenance Department's contact number for a status

24    update of accommodations that will not be completed within 30 days of the initial

25    request;

26    • The SFHA provided training to site managers on accessibility requirements and

27    processes at the April 7, 2005 quarterly meeting and will dedicate a proportion  of

28    every subsequent quarterly meeting to reviewing access policies and responsibilities,

---

*Williams v. Housing Authority,* **Case No.: C 90 2150 MJJ (JL)**
**STIPULATION RE SETTLEMENT OF COMPLIANCE DISPUTES, ▆▆▆▆▆▆ ORDER**

1

Case 3:90-cv-02150-MJJ   Document 402   Filed 06/16/2006   Page 3 of 16

1 | including responsiveness to any resident's request for accommodations; and

2 | ● The SFHA will verify that each site has an emergency evacuation protocol that

3 | addresses residents with disabilities and make sure that residents are notified of the

4 | protocol.

5 | ● Additionally, the Special Assistant to the Executive Director of the SFHA (currently

6 | Buddy Choy) will be identified and his contact information provided on the

7 | Accommodations Request forms and the "How To" document that the SFHA inserts in

8 | the annual recertification packet. The Special Assistant to the Executive Director of

9 | SFHA will also be identified on the SFHA web site as the contact person to whom

10 | residents may direct inquiries and complaints.

**2.** Based on the assessments of SFHA's in-house, licensed architects, the ten (10) units which plaintiffs randomly selected were found to be fully compliant with UFAS accessibility standards. Accordingly, the parties agree that the issue of accessibility compliance for existing units is resolved. Further, once the SFHA has completed construction of Valencia Gardens with the planned ninety-three (93) additional accessible units and made available to the class at least 500 UFAS accessible, conventional public housing units, plaintiffs will dismiss their Complaint with prejudice. Conventional public housing units, for the purposes of this agreement, do not include tax-credit units. Defendants have provided a listing of all of the over 500 UFAS accessible, conventional public housing units, which is attached hereto as Exhibit A.

**3.** Parties further agree that all issues relating to the Ninth Circuit appeal in this case are moot. Accordingly defendants will file a request for dismissal within thirty (30) days of the signing of this order.

**4.** The parties hereby agree that the dismissal of the pending action will not release any claims or bar in any way any future litigation that may be brought by any persons or entities concerning the assignment and/or transfer policies for accessible units (hereafter "transfer

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*Williams v. Housing Authority,* Case No.: C 90 2150 MJJ (JL)
STIPULATION RE SETTLEMENT OF COMPLIANCE DISPUTES, ▮▮▮▮▮ ORDER

2

Case 3:90-cv-02150-MJJ   Document 402   Filed 06/16/2006   Page 4 of 16

1   policy"). Various legal and advocacy groups have raised concerns about compliance with the

2   settlement agreement in regards to the transfer policy.  Specifically, there are concerns about

3   ensuring preference for class members on the transfer and wait lists and about financial and other

4   screening criteria used in assignment and transfer to accessible units.  The parties have agreed

5   that this issue will be addressed separate from the pending action.

6

7        **5.**       Under the original settlement agreement and subsequent orders in this case,

8   defendants are required to pay plaintiffs' counsel their reasonable attorneys' fees and costs for

9   time expended and costs incurred in connection with monitoring and enforcement of the

10  settlement agreement.  The parties agree to negotiate in good faith with respect to the amount of

11  such fees.  If the parties are unable to agree as to the amount of the fees and costs to be

12  recovered, the parties agree that the dispute shall be submitted to this Court for resolution and

13  that the Court shall retain jurisdiction to resolve such dispute.

14        6.       The Court also retains jurisdiction to resolve the outstanding issue related to
    payment of Special Master, Logan Hopper.

15  DATED:  June15 , 2006                    LAFAYETTE & KUMAGAI LLP

16

17

18                                          /s/EricDewalt
                                            ERIC DEWALT
                                            Attorneys for Defendant
19                                          SAN FRANCISCO HOUSING AUTHORITY

20

21  DATED:  June 15, 2006                   DISABILITY RIGHTS ADVOCATES

22

23                                          /s/ Laurence Paradis
                                            LAURENCE PARADIS
                                            Attorneys for Plaintiffs

24

25  IT IS SO ORDERED.

26

    Dated: 10/24/2006
27                                          _____
                                            HONORABLE MARTIN JENKINS

28

    \\Server\cases\Williams.SFHA\settlement\settle-agree-final.doc

    *Williams v. Housing Authority,* Case No.: C 90 2150 MJJ (JL)
    **STIPULATION RE SETTLEMENT OF COMPLIANCE DISPUTES,**  **ORDER**

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644